UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHUNTSOK DHONDUP

Plaintiff,

-against-

NORIGAMI INC. d/b/a SHIROKURO et al.,

Defendant.

26-CV-06049 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on September 4, 2026:

Defendants' time to provide the documents in connection with the forthcoming mediation is extended until **September 11, 2026**. The parties shall provide the Court with a joint update on the status but not the substance of their settlement efforts **within 48 hours** after their first session with the mediator.

DATED: September 4, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**